| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | MATTHEW M. YELOVICH |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |
| 7 | |

**FILED**
APR 21 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

   v.

CHEE YANG,

          Defendant.

CASE NO. 2:15-MJ-087 CKD

ORDER UNSEALING REDACTED CRIMINAL COMPLAINT AND AFFIDAVIT

The government's application to unseal a redacted copy of the criminal complaint and underlying affidavit is HEREBY GRANTED as follows:

The case is unsealed with the exception of the original complaint and affidavit. The original complaint and its accompanying affidavit will remain sealed. The Clerk is directed to file a redacted copy of the complaint and affidavit on the public docket.

SO ORDERED.

Dated: April 21, 2015

By: _____
HON. KENDALL J. NEWMAN
United States Magistrate Judge