1 BENJAMIN B. WAGNER
United States Attorney
2 Matthew M. Yelovich
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:15-MJ-00087-CKD |
|---|---|
12 | Plaintiff, | ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND |
13 | v. | EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
14 | CHEE YANG, | CURRENT PRELIMINARY HEARING DATE: MAY 5, 2015 |
15 | Defendant. | PROPOSED PRELIMINARY HEARING DATE: JUNE 5, 2015 |
16

17     The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18 Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on April 30, 2015. The

19 Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

20 demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

21 5.1(d) of the Federal Rules of Criminal Procedure.  Furthermore, for the reasons set forth in the parties'

22 stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the

23 best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(7)(A).  The

24 Court further finds that the extension of time would not adversely affect the public interest in the prompt

25 disposition of criminal cases.

26     THEREFORE, FOR GOOD CAUSE SHOWN:

27     1.     The date of the preliminary hearing is extended to June 5, 2015, at 2:00 P.M.

28     2.     The time between April 30, 2015, and June 5, 2015, shall be excluded from calculation

1

pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendants shall appear at that date and time before the United States Magistrate Judge on duty.

IT IS SO ORDERED.

Dated: May 1, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE