BENJAMIN B. WAGNER
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAY LEE, and<br>CHEE YANG,<br><br>Defendants. | CASE NO. 2:15-CR-115<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; ORDER<br><br>DATE: April 7, 2016<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on April 7, 2016.

2. By this stipulation, the parties now move to continue sentencing until October 13, 2016.

3. The parties agree and stipulate that this continuance will provide both parties additional time to prepare for sentencing by, <u>inter alia</u>, researching issues pertinent to making a recommendation to the Court for a proposed sentence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: February 26, 2016 | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ MATTHEW M. YELOVICH<br>MATTHEW M. YELOVICH<br>Assistant United States Attorney |
| Dated: February 26, 2016 | /s/ GREGORY FOSTER<br>GREGORY FOSTER<br>Counsel for Defendant<br>KAY LEE |
| Dated: February 26, 2016 | /s/ MATTHEW BOCKMON<br>MATTHEW BOCKMON<br>Counsel for Defendant<br>CHEE YANG |

**ORDER**

IT IS SO ORDERED this 29th day of February, 2016.

THE HONORABLE TROY L. NUNLEY
UNITED STATES DISTRICT JUDGE