PHILLIP A. TALBERT
United States Attorney
MATTHEW M. YELOVICH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-115 TLN |
| Plaintiff, | AMENDED STIPULATION AND ORDER REGARDING RESTITUTION |
| v. | |
| KAY LEE, CHEE YANG, TOU HER, and LEE YANG, | |
| Defendants. | |

The United States of America, by and through its undersigned counsel, and defendants Kay Lee, Chee Yang, Tou Her, and Lee Yang (herein "the defendants"), by and through their respective undersigned counsel, respectfully request that the Court amend its previous orders of restitution entered as to these four defendants and to replace any previously imposed restitution spreadsheets with the amended restitution spreadsheet attached hereto (titled Attachment A-1 and Attachment A-2), totaling $200,929.24, for the following reasons:

1. The defendants have each pleaded guilty pursuant to plea agreements providing for the payment of the full amount of restitution to all victims affected by their offenses. The defendants also agreed to be jointly and severally liable for that amount with co-defendants.

2. The Court previously sentenced the defendants and ordered them to pay restitution in the

STIPULATION AND ORDER REGARDING RESTITUTION   1

1 | amount of $200,929.24, jointly and severally with co-defendants, according to a previous restitution
2 | spreadsheet provided to the Court.  See ECF Nos. 103 (Lee Yang), 125 (Tou Her), 139 (Chee Yang),
3 | and 140 (Kay Lee).

4. 3. Since the entry of those orders, the Clerk of the Court has identified a clerical error in the previous restitution spreadsheet that requires issuance of a revised restitution order imposing payments based on a corrected spreadsheet. The error is described as follows: while the total amount of restitution ordered under the previous spreadsheet was correct and remains the same, the restitution amounts as to four institutional victims listed on Attachment A-2 was inadvertently rounded up to the nearest dollar due to a Microsoft Excel formula error. This formula error led to a difference of $0.66 between the individual amounts listed for those victims in the spreadsheet enforced by the Court and the actual loss suffered by those victims. This rounding error did not affect the total amount of restitution imposed for all victims, as the formula did not apply to the summation of all actual losses.

4. Accordingly, the attached proposed order requires the defendants to pay the same restitution amount with the same joint and several proviso but with a corrected Attachment A-1 and A-2 listing actual loss amounts without any rounding formula errors. Just as in the previous restitution orders, the spreadsheet attached hereto is a two-part itemized list of the victims, victims' addresses, and amounts owed to each victim. See Attachments A-1 (individual victims), A-2 ("provider[s] of compensation" under 18 U.S.C. § 3664(j)(1)). The parties again request that the Court order that restitution pursuant to this order shall be paid according to this itemized list, in the following sequence, in accordance with 18 U.S.C. § 3664(j)(1): no victim listed on Attachment A-2 shall be paid until all restitution owed to victims listed on Attachment A-1 has been paid.

5. As ordered previously, payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Per the plea agreements, the defendants shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy. Pursuant to 18 U.S.C. § 3664(k), the defendants also understand that they must notify the Court and the Attorney General of any material change in their economic circumstances that might affect their ability to pay restitution.

///

IT IS SO STIPULATED.

Dated: October 18, 2017        PHILLIP A. TALBERT
                               United States Attorney

                         By:   /s/ MATTHEW M. YELOVICH
                               MATTHEW M. YELOVICH
                               Assistant United States Attorney

Dated: October 18, 2017        /s/ DAVID D. FISCHER
                               DAVID D. FISCHER
                               Attorney for Lee Yang

Dated: October 18, 2017        /s/ GREGORY W. FOSTER
                               GREGORY W. FOSTER
                               Attorney for Kay Lee

Dated: October 18, 2017        /s/ MATTHEW BOCKMON
                               MATTHEW BOCKMON
                               Attorney for Chee Yang

Dated: October 18, 2017        /s/ ERIN J. RADEKIN
                               ERIN J. RADEKIN
                               Attorney for Tou Her

**ORDER**

The Court has reviewed the stipulation of the parties seeking an order amending its previous restitution orders issued July 19, 2016 (ECF No. 103), October 13, 2016 (ECF No. 125), and October 27, 2016 (ECF Nos. 139 and 140) as to defendants Kay Lee, Tou Her, Chee Yang, and Lee Yang. Based on that stipulation, the plea agreements between the parties, and the defendants' obligation to pay restitution pursuant to 18 U.S.C. § 3663A, the Court finds good cause to amend its previous orders of restitution by hereby entering an order holding defendants Kay Lee, Tou Her, Chee Yang, and Lee Yang liable for restitution in the amount of $200,929.24 and replacing any previous restitution spreadsheets with the newly-proposed Attachments A-1 and A-2. Accordingly, defendants Kay Lee, Tou Her, Chee Yang, and Lee Yang shall pay restitution in the amount of $200,929.24, and any restitution owed to a victim is owed jointly and severally with any co-defendant who has been ordered to pay restitution to the same victim. Restitution paid pursuant to this order shall be provided to the victims listed in the attached spreadsheet, which shall replace any previously imposed restitution schedule in this matter. Restitution paid pursuant to this order shall be provided to the victims in the following sequence, in accordance with 18 U.S.C. § 3664(j)(1): no victim listed on Attachment A-2 shall be paid until all restitution owed to victims listed on Attachment A-1 has been paid.

Payment shall be made by cashier's check payable to the Clerk of the Court for the Eastern District of California. Per the terms of the plea agreements, the defendants shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy. Pursuant to 18 U.S.C. § 3664(k), the defendants must notify the Court and the Attorney General of any material change in his or her economic circumstances that might affect his or her ability to pay restitution.

**SO ORDERED.**

Dated: October 23, 2017

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER REGARDING RESTITUTION      4